

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 24, 2019

**BY ECF**

The Honorable William H. Pauley
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Jose Luis Colon-Cruz et al.*, 19 Cr. 911 (WHP)

Dear Judge Pauley:

     The above-captioned case was recently assigned to Your Honor's docket. An arraignment and initial conference is currently scheduled for January 23, 2019 at 4:00 p.m. Accordingly, the Government moves, with the consent of all defense counsel to exclude time under the Speedy Trial Act through January 23, 2019. Such an exclusion would be in the interests of justice, as it would allow the Government time to prepare and produce discovery material and for the parties to discuss possible pretrial dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

     Respectfully submitted,

     GEOFFREY S. BERMAN
     United States Attorney

     by: _/s/ Daniel G. Nessim_____
     Daniel G. Nessim
     Assistant United States Attorney
     (212) 637-2486

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

January 2, 2020