**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2020

**BY ECF**

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Luis Colon-Cruz et al.*, 19 Cr. 911 (WHP)

Dear Judge Pauley:

    A status conference in the above-captioned case is currently scheduled for June 4, 2020. Given the current COVID-19 pandemic, the parties respectfully request that the June 4 conference be adjourned by approximately forty-five days. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

Application granted. Conference adjourned to July 21, 2020 at 11:00 a.m. Time excluded in the interest of justice.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

June 3, 2020