

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**BY ECF**

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Luis Colon-Cruz et al.*, 19 Cr. 911 (WHP)

Dear Judge Pauley:

    A status conference in the above-captioned case is currently scheduled for October 1, 2020. Defendant Victor Escalante has pled guilty and is scheduled to be sentenced on November 12, 2020. Defendant Mario Espinal was recently accepted to the district's Young Adult Opportunity Program and is scheduled to enter that program at a proceeding on October 5, 2020. As for Defendant Jose Luis Colon-Cruz, the parties are in advanced plea discussions and expect to reach a resolution in the near future. In light of the parties ongoing discussions and the likelihood of pretrial dispositions, the parties respectfully request that the October 1, 2020 conference be adjourned October 29, 2020 at 11 a.m., a time the parties understand is available for the Court. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Application granted.  Conference adjourned to October 29, 2020 at 11:00 a.m.  Time excluded in the interest of justice.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

September 30, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486